IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CHARLES EDWARDS, <br><br>    Plaintiff, <br><br>    v. <br><br> MALINDA REYNOLDS; K. MORLAN; RICKY STONE; and LATASHA BATTLE, all in their individual and official capacities; and CORECIVIC, INC., <br><br>    Defendants. | CIVIL ACTION NO.: 5:21-cv-21 |

**O R D E R**

This matter is before the Court on the lack of returned waivers of service or entries of appearance on Defendants' behalf. On August 19, 2021, the Court ordered service of Plaintiff's Complaint upon Defendants. Doc. 13. The Court noted a defendant "who fails to comply with the request for waiver must bear the costs of personal service unless good cause can be shown for the failure to return the waiver." Id. at 2 (citing Fed. R. Civ. P. 4(d)(2)). The United States Marshals Service sent requests for waivers of service to Defendants on September 2, 2021. Doc. 14. A person with the initials "J.J." signed the return receipts for all Defendants on an unknown date. Id. There is nothing before the Court indicating Defendants have received notification of Plaintiff's lawsuit.

The Court **ORDERS** the United States Marshals Service to personally serve Defendants with a copy of Plaintiff's Complaint, doc. 1, the Court's August 19, 2021 Order, doc. 13, and this Order within 30 days, if practicable, and to exercise due caution in attempting to effectuate

service on these Defendants.  The Court imposes the costs of personal service on Defendants.  Fed. R. Civ. P. 4(d)(2)(A).

The Court **ORDERS** Defendants to file their Answers to Plaintiff's Complaint as quickly as possible, but, in no event later than 30 days after the United States Marshals Service personally serves them with process.  The Marshals Service shall provide an update on the service statuses for Defendants within 30 days of this Order.  The Court advises Defendants their failure to abide by these directives will result in the imposition of sanctions against them beyond the costs of personal service.  In addition, if Plaintiff has any information regarding Defendants' present whereabouts or other information which may assist the Marshals Service's efforts, he should provide any such information to the Marshals Service within 14 days of this Order.

**SO ORDERED**, this 18th day of March, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA