# In the United States District Court
## For the Southern District of Georgia
## Waycross Division

CHARLES EDWARDS,                    *
                                    *
            Plaintiff,              *            CIVIL ACTION NO.: 5:21-cv-21
                                    *
      v.                            *
                                    *
MELISSA REYNOLDS, et al.,           *
                                    *
            Defendants.             *

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 32.  Plaintiff did not file Objections to this Report and Recommendation.  In fact, this Court's mailing was returned as undeliverable, with the notations: "[Return to Sender,] Released" and "Return to Sender, No Mail Receptacle, Unable to Forward."  Dkt. No. 34 at 8.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Orders, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES**

AO 72A
(Rev. 8/82)

Plaintiff *in forma pauperis* status on appeal.

      **SO ORDERED**, this _____14_____ day of _____February_____, 2023.

                         HON. LISA GODBEY WOOD, JUDGE
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)