AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHARLES EDWARDS,

      Plaintiff,

                              JUDGMENT IN A CIVIL CASE

           V.                      CASE NUMBER: 5:21-cv-021

MALINDA REYNOLDS; K. MORLAN; RICKY STONE;
LATASHA BATTLE; and CORECIVIC, INC.,

      Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Order dated February 14, 2023, the Magistrate Judge's Report and Recommendation is adopted as the opinion of this Court. Therefore, Plaintiff's complaint is dismissed without prejudice, and Plaintiff is denied in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Febry 15, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020